IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EFRAIN MALDONADO,

    Petitioner,

v.                                    CASE NO. 5:11-cv-245-RS-EMT

IMMIGRATION AND CUSTOM
ENFORCEMENT,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The amended habeas petition (Doc. 4) is **DISMISSED for lack of subject matter jurisdiction**.

3. The clerk is directed to close the file.

**ORDERED** on February 13, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**